LAW OFFICES
SINCE 1992

# ATKINSON, BAKER & RODRIGUEZ, P.C.

ALBUQUERQUE PLAZA
201 THIRD STREET NW, SUITE 1850
ALBUQUERQUE, NEW MEXICO 87102

CLIFFORD K. ATKINSON*
DOUGLAS A. BAKER
JUSTIN D. RODRIGUEZ†
JULIA E. CROOKS

TELEPHONE (505) 764-8111
FACSIMILE (505) 764-8374
WWW.ABRFIRM.COM

*ALSO ADMITTED TO PRACTICE IN COLORADO
†ALSO ADMITTED TO PRACTICE IN ARIZONA

December 22, 2016

<u>VIA FEDERAL EXPRESS</u>
Harrison K-9 Services, LLC
c/o November Holley or
Harrison Prather
112 Farmingdale Court
Aiken, SC 29805

Re: Jim and Tracey Roberts' contract to purchase goods, *i.e.*, Eyra, the German Shepherd

Dear Mr. Prather:

     Our clients forwarded us a copy of the December 16, 2016, e-mail Harrison K-9 sent through "Harrison Prather"[1] as well as his December 19th letter. As you are aware from our December 2, 2016, letter (attached), this Firm represents Jim and Tracey Roberts ("the Roberts") of Albuquerque, New Mexico. The Roberts have filed a Complaint against you, which you were served with on December 12, 2016. It explains in detail the factual and legal basis of their claims against you. We believe your company was fully aware of the material events described in the Complaint. Accordingly, we cannot accept your position in your December 16, 2016, e-mail to our clients that your company was not aware of any problems with Eyra until the December 2nd letter from our firm arrived at your postal address. Indeed, Eyra is non-conforming in every respect and the deficiencies cannot be cured. Our clients have revoked acceptance of this dog, as reflected in our December 2nd letter. You have not responded to our request for information on how to return Eyra.

     Our clients have incurred considerable expense as a result of engaging in business with your company all of which became associated with your sale of Eyra to our clients. Please see the attached list totaling the expenses, including the purchase price for Leo (with Eyra), which as you know is the first Harrison K-9 dog that had to be replaced ($40,000 of that cost transferred into Eyra), the training expenses, and the medical expenses.

     Our clients will be willing to settle this case upon return of Eyra in exchange for settling for the enclosed total expenses they have incurred in relation to your company. Your December

---

[1] Facebook information indicates also the name of "Harrison Rufus" associated with you.



EXHIBIT
C

Harrison K-9 Services, LLC
December 21, 2016
Page 2

19th letter lamented that the Roberts did not attempt to contact you before filing a lawsuit. However, as the legal documents state, the Roberts attempted to contact Harrison K-9 more than once and no one would return their call. The Complaint also details the stories of other unsatisfied customers so the Roberts experience with Harrison K-9 is not the anomaly you imply. This has been a horrible, traumatic experience for our clients who went to your company for relief after experiencing a very real threat to their personal safety and instead of receiving security and peace of mind they have received two untrained dogs with medical issues that only added to the nightmare they were experiencing with the crime occurring in their neighborhood. Please advise at the earliest possible moment of your response to this offer to settle.

Very truly yours,

ATKINSON, BAKER & RODRIGUEZ, P.C.

Julia E. Crooks

CKA/kn
Enclosures

LAW OFFICES
SINCE 1992

# ATKINSON, BAKER & RODRIGUEZ, P.C.

ALBUQUERQUE PLAZA
201 THIRD STREET NW, SUITE 1850
ALBUQUERQUE, NEW MEXICO 87102

CLIFFORD K. ATKINSON *
DOUGLAS A. BAKER
JUSTIN D. RODRIGUEZ†
JULIA E. CROOKS
  *ALSO ADMITTED TO PRACTICE IN COLORADO
  †ALSO ADMITTED TO PRACTICE IN ARIZONA

TELEPHONE (505) 764-8111
FACSIMILE (505) 764-8374
WWW.ABRFIRM.COM

December 2, 2016

VIA CMRRR # 7012-0470-0000-8621-9661
Harrison K-9 Services, LLC
c/o Ms. November Holley
P.O. Box 1620
Aiken, SC, 29802

> Re: Jim and Tracey Roberts' contract to purchase goods, *i.e.*, Eyra, the German Shepherd

Dear Ms. Holley:

This Firm represents Jim and Tracey Roberts ("the Roberts") of Albuquerque, New Mexico. On July 14, 2016, Harrison K-9 Services, LLC ("Harrison K-9") executed a Contract for the sale of goods with the Roberts in Albuquerque, New Mexico, for the purchase of a German Shepherd personal protection security dog, Eyra ("the goods"). They thereafter discovered that Eyra had an undisclosed medical condition and that she was not trained as Harrison K-9 represented. This letter serves to revoke acceptance of the goods.

As you are well-aware, the Roberts purchased the goods from you as a result of fearing their personal safety. In the summer of 2016 a gang of criminals plagued their neighborhood and many of their neighbors' homes were burglarized and cars stolen. The gang began to target Ms. Roberts because she was home during the day and the gang saw her taking photos of them and the license plates of their cars, many of which turned out to be stolen. One gang member made a threatening hand gesture as though his hand was a gun shooting at her when she was getting her mail. The Roberts remembered seeing advertisements for Harrison K-9 in the past and thought that one of their security K-9s might be the best solution to keep the Roberts family and their property safe. The Roberts related all of this information and more to Harrison K-9 prior to July 14, 2016, and Harrison K-9 represented to the Roberts that the dog it sold them was expertly trained to provide personal protection and security dog services. Harrison K-9 knew that Ms. Roberts feared for her life and that the Roberts were in fact experiencing an on-going threat posed by this gang that plagued their neighborhood. Harrison K-9 knew the Roberts would likely face an imminent need to utilize the dog's protection and attack skills and that the Roberts expected to use the dog for this purpose.

Harrison K-9 Services, LLC
December 2, 2016
Page 2

Eyra has several issues that make her nonconforming with the Contract. Most importantly, Eyra is not trained as represented. On August 16, 2016, Ms. Roberts encountered one of the individuals she knew to be a member of the gang in front of her house. She gave Eyra the command to bark and guard in order to scare the criminal away. Eyra would not follow the command, even after several attempts. Ms. Roberts fled to her back yard with a very scared Eyra. Later in August, Eyra again failed to follow the same command with another one of the gang members walking near Ms. Roberts. In addition, Eyra has a medical condition that was not disclosed to the Roberts. This condition also substantially impairs Eyra's abilities to act in a security dog capacity, assuming she could be trained properly, as most of the time she lacks the energy to walk even one-half of a mile. Eyra's nonconformities substantially impair the value of the goods to the Roberts. The Roberts paid several tens of thousands of dollars so that they could be safe and have peace of mind in relation to the criminals who infiltrated their neighborhood for whom the police would do nothing about. Eyra simply cannot perform in the capacity for which she was advertised, promised, and contracted.

The Roberts notified Harrison K-9 on multiple occasions that Eyra was not performing as promised. When Ms. Roberts first texted the Harrison K-9 trainer about Eyra's shocking response to an actual dangerous scenario, he told her that she must not have been experiencing a "real threat." Harrison K-9 misrepresented to the Roberts that Eyra had no defect. Therefore, Harrison K-9 induced the Roberts to believe that Eyra was conforming as promised or that her non-conformity would be cured. Ms. Roberts left a message for you in October and never received a return call. Ms. Roberts also called a Harrison K-9 trainer and notified him again of Eyra's refusals to follow commands. He said he would speak with you and call her back. Neither he nor you returned her call. It has thus since become apparent that Eyra's non-conformities will not and cannot be cured.

Harrison K-9 has ceased responding to Ms. Roberts' inquiries and it has thus become apparent that Harrison K-9 does not intend to fulfill the Contract and cure the non-conformities. The Roberts therefore revoke acceptance of the non-conforming goods, *i.e.*, Eyra. As the Contract is now void, the Roberts are seeking return of all monies paid to Harrison K-9 as well as consequential damages.

As the Roberts have revoked acceptance of the goods, please advise us how Eyra can best be returned to Harrison K-9, COD, including the name, shipping address, carrier, means of transportation, and any other necessary billing information for transport. It is our understanding that Eyra must be shipped out of El Paso. Please respond upon receipt with the above and delivery instructions.

Harrison K-9 Services, LLC
December 2, 2016
Page 3

Very truly yours,

ATKINSON, BAKER & RODRIGUEZ, P.C.

for  *Julia Broom*

Clifford K. Atkinson

CKA/kn

## Payments Made

## Leo & Eyra

| Date | Dog | Dollar Amount |
|---|---|---|
| June 24, 2016 | Leo | $50,000.00 |
| June 24, 2016 | Leo – Crate | $ 250.00 |
| June 24, 2016 | Leo – Training | $ 6,823.20 |
| June 29, 2016 | Leo – VCA Vet bill | $ 418.84 |
| July 13, 2016 | Eyra | |
| Oct. 3, 2016 | Eyra – VCA Vet bill | $ 600.01 |
| Oct. 3, 2016 | Eyra – VCA medication | $ 55.56 |
| Oct. 13, 2016 | Eyra – VCA Vet & testing | $ 154.93 |
| Oct. 19, 2016 | Eyra – Vet, testing & meds | $ 332.38 |
| Oct. 26, 2016 | Eyra – VCA medication | $ 232.52 |
| Oct. 31, 2016 | Eyra – Examination | $ 738.20 |
| Nov. 1, 2016 | Eyra – Examination | $ 1,311.26 |
| | | |
| | TOTAL | $60,916.90 |

Leo

# HARRISON K~9 SECURITY SERVICES, LLC.
## 112 FARMINGDALE COURT
## AIKEN, SC 29802
PH: (803) 649 – 5936/ FAX: 803-649-3034
Email: harrisonk9@aol.com

June 24, 2016

## Statement of Account

Tracey & Jim Roberts
PO Box 7280
Albuquerque, NM 87194

| | |
|---|---|
| Original Price of one Black and Tan European Male Leo vom Haus Bernsmann | $ 50,000.00 |
| Crate | |
| Training Expenses | $    250.00 |
| Deposit 6/16/16 (wire) | $  6,823.20 |
| Deposit 6/16/16 (cc#693) | -  $ 10,000.00 |
| Deposit 6/24/16 (wire) | -  $  6,823.20 |
| Remaining Balance (cc#693) | -  $ 30,250.00 |
| | -  $ 10,000.00 |
| Balance due on K-9 | $      00.00 |

(Delivery Expenses included in price)
All accounts will be charged $45.00 per day for Boarding and Reinforcement training on any K-9 that is not delivered or picked up within 30 days from date training is completed.

Balance Due is payable only by <u>Cash, Direct Wire, Certified Check, Cashier's Check or Money Order in U.S. funds drawn on a U.S. Bank and should be made payable to:  Harrison K-9 Security Services.</u>  (If you would like to wire the balance before delivery please see wiring instructions below and notify the office upon completion so we may notify you upon receipt of funds.)  NO PERSONAL OR BUSINESS CHECKS WILL BE ACCEPTED FOR FINAL BALANCE DUE****)

Deposits apply toward immediately securing the K-9 for potential sale and completion of customized training. These charges are non-refundable once training commences.
**HARRISON K-9 Security Services, LLC, policy regarding Rescheduling Dates:
 Any rescheduling of delivery or in-house handlers training dates must be made within 2 weeks of the scheduled handlers training start date or a cancellation fee of $2,000.00 will be applied to the balance remaining due at the conclusion of the handlers training.

Leo

# HARRISON K-9 SECURITY SERVICES, LLC

June 16, 2016

112 Farmingdale Court Aiken, South Carolina 29805

Ph: (803) 649-5936 or Fax: (803) 649-3034 email: harrisonk9@aol.com

## HANDLER'S TRAINING EXPENSE SHEET

Roberts/Leo

Training dates    June 26,27,28, 2016

| | |
|---|---|
| $ 117.72 | Holiday Inn Albuquerque Midtown *(price includes all taxes and fees)* |
| $ 119.08 | Holiday Inn Truth or Consequences, NM *(price includes all taxes and fees)* |
| $ 150.00 | Meals at $50.00 per day for three days for one trainer. |
| $ 664.20 | Car rental 3-day (price includes all taxes and fees) |
| $ 609.10 | Delta flight from ATL to ELP (prices include all taxes and fees) Patrick has to fly into El Paso because they are the closest airport that has a heat embargo. |
| $ 513.10 | Delta flight from ABQ to ATL (prices include all taxes and fees) Patrick can fly out of Albuquerque since he will not have Leo with him. |
| $ 900.00 | Delta Cargo flight from ATL to ELP (prices include all taxes and fees) Cargo plane ticket for Leo to get to El Paso |
| $ 3750.00 | In-home handlers training fees two at $1500.00 per day with one travel day at $750.00 per day. |

*All equipment needed for handler's training will be supplied to the client for in-home training. One trainer will be available during handler's training.

Total due for expenses                                $ 6,823.20

*All accounts will be charged $45.00 per day for Boarding & Reinforcement training on any K-9 that is not delivered or picked up within thirty days from date training is completed.
**All expenses must be prepaid before delivery date by *Cashier's Check, Certified Check, Wire Transfer, or Money Order drawn in U.S. funds on a U.S. Bank. If wiring funds please see instructions below, also please notify office so we can notify you of receipt of transfer.*
***Balance for the dog is due upon acceptance of delivery and completion of Handler's Training to be paid by *Certified Check, Cashier's Check or Money Order drawn in U.S. funds on a U.S. Bank.*

*HARRISON K9 Security Services, LLC., policy regarding Rescheduling Dates: Any rescheduling of handlers training dates must be made within 2 weeks of the scheduled handlers training start date or a cancellation fee of $2,000.00 will be applied to the balance remaining due at the conclusion of the handlers training.

WIRING INSTRUCTIONS:
BANK NAME: BANK OF AMERICA
BANK ADDRESS: 167 LAURENS ST. SW AIKEN, SC 29801
ABA OR ROUTING # 053904483   ACCOUNT# 223016026680
IF INTERNATIONAL USE SWIFT CODE-BOFAUS3N

Leo

 **VCA** | VCA Town and Country Animal Hospital
8414 4th Street, N.W. | Los Ranchos de Albuquerque, NM 87114| (505) 897 - 8200

Carolyn Kincade DVM | Date: 6/29/2016 at 6:18 PM | Invoice: 350597543 | Cashier: Stacey F

| Client | Patient |
|---|---|
| Tracey Roberts (#57348)<br>Mckinnon Roberts<br>4628 Los Poblanos Cir NW<br>Los Ranchos, NM 87107 | Leo (#123066)<br>Species: Canine (Shepherd Dog, German)<br>Sex: Male Intact | Color: Brown And Black<br>Birth: 05/11/2014 | Age: 2y 1m | Weight: 78.8 lb |

### Detailed Visit Information

| Date | Description | Qty | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 6/29/2016 | Exam/Consultation Medical Condition | 1.00 | $62.00 | $4.50 | $66.50 |
| | Radiograph Pelvis | 1.00 | $172.05 | $12.47 | $184.52 |
| | -  AIS Radiology report | 1.00 | $82.50 | $5.98 | $88.48 |
| | Rimadyl 50mg/ml/ml | 1.50 | $30.76 | $2.23 | $32.99 |
| | Rovera Cw 75mg 30ctCH | 1.00 | $43.22 | $3.13 | $46.35 |

Subtotal: $418.84

### A Message from VCA

Going on vacation?  Ask us about our boarding facility!  We have a wonderful boarding facility you can trust!  Not only do we provide boarding for cats and dogs, but we also provide boarding for birds, lizards, and rabbits.

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Leo | $390.53 | $28.31 | $418.84 |

| | | | |
|---|---|---|---|
| Cash | $420.00 | Prev Balance: | $0.00 |
| Change | $1.16 | Total Due: | $418.84 |
| | | Amount Paid: | $418.84 |
| | | Amount Due: | $0.00 |

10·3·16

*Eyra*

**VCA**  VCA Town and Country Animal Hospital
8414 4th Street, N.W. | Los Ranchos de Albuquerque, NM 87114| (505) 897 - 8200

VCA Town And Country | Date: 10/3/2016 at 3:50 PM | Invoice: 350620596 | Cashier: Stacey F

| Client | Patient |
|---|---|
| Tracey Roberts (#57348)<br>Mckinnon Roberts<br>4628 Los Poblanos Cir NW<br>Los Ranchos, NM 87107 | Eyra (#123177)<br>Species: Canine (Shepherd Dog, German)<br>Sex: Female Intact | Color: Black And Tan<br>Birth: 03/07/2014 | Age: 2y 6m | Weight: 70.1 lb |

### Detailed Visit Information

| Date | Description | Qty | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 10/3/2016 | Exam/Consultation Emergency | 1.00 | $87.45 | $6.34 | $93.79 |
| | Radiograph Abdomen | 1.00 | $174.05 | $12.62 | $186.67 |
| | - AIS Radiology report | 1.00 | $82.50 | $5.98 | $88.48 |
| | Chem(15)CBC T4 UA | 1.00 | $149.50 | $10.87 | $160.77 |
| | Prepaid Fecal(O&P) Giardia | 1.00 | $65.55 | $4.75 | $70.30 |
| | Missing urine (UA) | 1.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Subtotal: | $600.01 |

### Notes for Eyra

During your visit, a urine sample was not available for testing. Please return with your pet, or drop off a urine sample within 30 days so that we can include the urine sample in the laboratory test that was started today.

### A Message from VCA

Going on vacation? Ask us about our boarding facility! We have a wonderful boarding facility you can trust! Not only do we provide boarding for cats and dogs, but we also provide boarding for birds, lizards, and rabbits.

-----

Have you noticed any of the following in your dog? He easily gets tired or lags behind on walks? Has trouble getting up from a resting position? Is reluctant to run, play or climb stairs? Appears limp or stiff after exercise or has gained weight in the past year? These all can be signs of Osteoarthritis. Talk with your VCA veterinarian today about whether a joint evaluation is right for your dog.

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Eyra | $559.45 | $40.56 | $600.01 |

| | | | |
|---|---|---|---|
| Cash | $600.01 | Prev Balance: | $0.00 |
| | | Total Due: | $600.01 |
| | | Amount Paid: | $600.01 |
| | | Amount Due: | $0.00 |

Thank you for trusting us with your pet's care. Your friends at VCA Town and Country Animal Hospital.
1 of 2

10-3-16

Eyra

**VCA**  VCA Town and Country Animal Hospital
8414 4th Street, N.W. | Los Ranchos de Albuquerque, NM 87114| (505) 897 - 8200

Carolyn Kincade DVM | Date: 10/3/2016 at 4:37 PM | Invoice: 350620603 | Cashier: Stacey F

**Client**

Tracey Roberts (#57348)
Mckinnon Roberts
4628 Los Poblanos Cir NW
Los Ranchos, NM 87107

**Patient**

Eyra (#123177)
Species: Canine (Shepherd Dog, German)
Sex: Female Intact | Color: Black And Tan
Birth: 03/07/2014 | Age: 2y 6m | Weight: 70.1 lb

## Detailed Visit Information

| Date | Description | Qty | Price | Tax | Total Price |
|------|-------------|-----|-------|-----|-------------|
| 10/3/2016 | Metronidazole 250mg Tab | 10.00 | $15.80 | $1.15 | $16.95 |
| | FortiFlora K9 30 pack | 1.00 | $36.00 | $2.61 | $38.61 |

| | | | Subtotal: | | $55.56 |

## A Message from VCA

Going on vacation? Ask us about our boarding facility! We have a wonderful boarding facility you can trust! Not only do we provide boarding for cats and dogs, but we also provide boarding for birds, lizards, and rabbits.

-----------------------------------------------------------------------------------------------------

Have you noticed any of the following in your dog? He easily gets tired or lags behind on walks? Has trouble getting up from a resting position? Is reluctant to run, play or climb stairs? Appears limp or stiff after exercise or has gained weight in the past year? These all can be signs of Osteoarthritis. Talk with your VCA veterinarian today about whether a joint evaluation is right for your dog.

## Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|--------------|-------------|-----------|-----------|
| Eyra | $51.80 | $3.76 | $55.56 |

| | | | |
|------|-------|--------------|-------|
| Cash | $55.56 | Prev Balance: | $0.00 |
| | | Total Due: | $55.56 |
| | | Amount Paid: | $55.56 |
| | | Amount Due: | $0.00 |

10·13·16

*Eyra*

 **VCA** | VCA Town and Country Animal Hospital
8414 4th Street, N.W. | Los Ranchos de Albuquerque, NM 87114| (505) 897 - 8200

Carolyn Kincade DVM | Date: 10/13/2016 at 11:11 AM | Invoice: 350620921 | Cashier: Stacey F

**Client**
Tracey Roberts (#57348)
Mckinnon Roberts
4628 Los Poblanos Cir NW
Los Ranchos, NM 87107

**Patient**
Eyra (#123177)
Species: Canine (Shepherd Dog, German)
Sex: Female Intact | Color: Black And Tan
Birth: 03/07/2014 | Age: 2y 7m | Weight: 68.5 lb

**Detailed Visit Information**

| Date | Description | Qty | Price | Tax | Total Price |
|------|-------------|-----|-------|-----|-------------|
| 10/13/2016 | Fenbendazole(Panacur)22.2%/g DISPMED | 49.00 | $78.91 | $5.72 | $84.63 |
| | Fecal Test(O&P) Giardia | 1.00 | $65.55 | $4.75 | $70.30 |

Subtotal: $154.93

**A Message from VCA**

Going on vacation? Ask us about our boarding facility! We have a wonderful boarding facility you can trust! Not only do we provide boarding for cats and dogs, but we also provide boarding for birds, lizards, and rabbits.

-------------------------------------------------------------------------------

Have you noticed any of the following in your dog? He easily gets tired or lags behind on walks? Has trouble getting up from a resting position? Is reluctant to run, play or climb stairs? Appears limp or stiff after exercise or has gained weight in the past year? These all can be signs of Osteoarthritis. Talk with your VCA veterinarian today about whether a joint evaluation is right for your dog.

**Invoice Summary**

| Patient Name | Total Price | Total Tax | Total Due |
|--------------|-------------|-----------|-----------|
| Eyra | $144.46 | $10.47 | $154.93 |

| Cash | $154.95 | Prev Balance: | $0.00 |
|------|---------|---------------|------|
| Change | $0.02 | Total Due: | $154.93 |
| | | Amount Paid: | $154.93 |
| | | Amount Due: | $0.00 |

Thank you for trusting us with your pet's care.  Your friends at VCA Town and Country Animal Hospital.
1 of 1

10·19·16

Eyra



**VCA Town and Country Animal Hospital**
8414 4th Street, N.W. | Los Ranchos de Albuquerque, NM 87114| (505) 897 - 8200

Carolyn Kincade DVM | Date: 10/19/2016 at 5:02 PM | Invoice: 350621122 | Cashier: Stacey F

| Client | Patient |
|---|---|
| Tracey Roberts (#57348)<br>Mckinnon Roberts<br>4628 Los Poblanos Cir NW<br>Los Ranchos, NM 87107 | Eyra (#123177)<br>Species: Canine (Shepherd Dog, German)<br>Sex: Female Intact \| Color: Black And Tan<br>Birth: 03/07/2014 \| Age: 2y 7m \| Weight: 68.2 lb |

### Detailed Visit Information

| Date | Description | Qty | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 10/19/2016 | Fast Panel K9 GI Panel PCR | 1.00 | $233.55 | $16.93 | $250.48 |
| | Metronidazole 500mg IH | 14.00 | $7.38 | $0.54 | $7.92 |
| | Rovera Cw 100mg Tab | 14.00 | $36.58 | $2.65 | $39.23 |
| | Anal Sacs Expressed | 1.00 | $32.40 | $2.35 | $34.75 |

Subtotal: $332.38

### A Message from VCA

Going on vacation? Ask us about our boarding facility! We have a wonderful boarding facility you can trust! Not only do we provide boarding for cats and dogs, but we also provide boarding for birds, lizards, and rabbits.

- - - - - - - - - - - - - - - - - - - - - - -

Have you noticed any of the following in your dog? He easily gets tired or lags behind on walks? Has trouble getting up from a resting position? Is reluctant to run, play or climb stairs? Appears limp or stiff after exercise or has gained weight in the past year? These all can be signs of Osteoarthritis. Talk with your VCA veterinarian today about whether a joint evaluation is right for your dog.

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Eyra | $309.91 | $22.47 | $332.38 |

| Cash | $321.00 | Prev Balance: | -$11.52 |
|---|---|---|---|
| Change | $0.14 | Total Due: | $332.38 |
| | | Amount Paid: | $320.86 |
| | | Amount Due: | $0.00 |

10·26·16                                                                        Eyra

 **VCA** VCA Town and Country Animal Hospital
8414 4th Street, N.W. | Los Ranchos de Albuquerque, NM 87114| (505) 897 - 8200

VCA Town And Country | Date: 10/26/2016 at 8:41 AM | Invoice: 350621314 | Cashier: Tara W

| Client | Patient |
|---|---|
| Tracey Roberts (#57348)<br>Mckinnon Roberts<br>4628 Los Poblanos Cir NW<br>Los Ranchos, NM 87107 | Eyra (#123177)<br>Species: Canine (Shepherd Dog, German)<br>Sex: Female Intact | Color: Black And Tan<br>Birth: 03/07/2014 | Age: 2y 7m | Weight: 70.3 lb |

### Detailed Visit Information

| Date | Description | Qty | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 10/26/2016 | Cobalamin/Folate/TLI/PLI TAM | 1.00 | $201.80 | $14.63 | $216.43 |
| | Shipping/Handling $15 | 1.00 | $15.00 | $1.09 | $16.09 |
| | | | | Subtotal: | $232.52 |

### A Message from VCA

Going on vacation? Ask us about our boarding facility! We have a wonderful boarding facility you can trust! Not only do we provide boarding for cats and dogs, but we also provide boarding for birds, lizards, and rabbits.

--------------------------------------------------

Have you noticed any of the following in your dog? He easily gets tired or lags behind on walks? Has trouble getting up from a resting position? Is reluctant to run, play or climb stairs? Appears limp or stiff after exercise or has gained weight in the past year? These all can be signs of Osteoarthritis. Talk with your VCA veterinarian today about whether a joint evaluation is right for your dog.

### Invoice Summary

| Patient Name | Total Price | Total Tax | | Total Due |
|---|---|---|---|---|
| Eyra | $216.80 | $15.72 | | $232.52 |

| Cash | $240.00 | Prev Balance: | -$11.78 |
|---|---|---|---|
| | | Total Due: | $232.52 |
| | | Amount Paid: | $240.00 |
| | | Amount Due: | -$19.26 |

Thank you for trusting us with your pet's care.  Your friends at VCA Town and Country Animal Hospital.

1 of 1

10·31·16

*Eyra*



**VCA Veterinary Care Animal Hospital and Referral Center**
9901 Montgomery Blvd. NE | Albuquerque, NM 87111| For General Practice Services, please call
505-292-5353
For Specialty Practice Services, please call 505-296-2982

Phil Ries, DVM | Date: 10/31/2016 at 12:03 PM | Invoice: 141004779 | Cashier: Esther L

| Client | Patient |
|---|---|
| Tracey L Roberts (#55138)<br>Mckinnon Roberts<br>4628 Los Poblanos Cir NW<br>Los Ranchos, NM 87107 | Eyra (#57228)<br>Species: Canine (Shepherd Mix)<br>Sex: Female Intact | Color: Black And Tan<br>Birth: 03/07/2014 | Age: 2y 7m | Weight: 30.5 kg |

## Detailed Visit Information

| Date | Description | Qty | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 10/31/2016 | Internal Medicine Cons | 1.00 | $142.00 | $10.38 | $152.38 |
| | IV Cath Peripheral | 1.00 | $49.20 | $3.60 | $52.80 |
| | Sedation | 1.00 | $71.95 | $5.26 | $77.21 |
| | US Abdominal | 1.00 | $424.75 | $31.06 | $455.81 |

Subtotal: $738.20

## Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Eyra | $687.90 | $50.30 | $738.20 |

| Cash | $740.20 | Prev Balance: | $0.00 |
|---|---|---|---|
| Change | $2.00 | Total Due: | $738.20 |
| | | Amount Paid: | $738.20 |
| | | Amount Due: | $0.00 |

Thank you for trusting us with your pet's care.  Your friends at VCA Veterinary Care Animal Hospital and Referral Center.
1 of 1

11·1·16                                                                Eyra



**VCA Veterinary Care Animal Hospital and Referral Center**
9901 Montgomery Blvd. NE | Albuquerque, NM 87111| For General Practice Services, please call
505-292-5353
For Specialty Practice Services, please call 505-296-2982

Phil Ries, DVM | Date: **11/1/2016 at 5:16 PM** | Invoice: **141004957** | Cashier: Kelli T

| Client | Patient |
|---|---|
| Tracey L Roberts (#55138)<br>Mckinnon Roberts<br>4628 Los Poblanos Cir NW<br>Los Ranchos, NM 87107 | Eyra (#57228)<br>Species: Canine (Shepherd Mix)<br>Sex: Female Intact | Color: Black And Tan<br>Birth: 03/07/2014 | Age: 2y 7m | Weight: 30.5 kg |

### Detailed Visit Information

| Date | Description | Qty | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 11/1/2016 | Doctor-Directed Visit (no Exam) | 1.00 | $0.00 | $0.00 | $0.00 |
| | Anesth Diagnostics | 1.00 | $116.05 | $8.49 | $124.54 |
| | Includes: • Pre-anesthetic Exam • Pre-anesthetic Medications • Anesthesia Induction • Anesthesia Maintenance • Anesthesia Monitoring • Recovery Monitoring and Care | | | | |
| | Fluids MedicalProcedure | 1.00 | $119.90 | $8.77 | $128.67 |
| | Fluids MedicalProcedure | 1.00 | $119.90 | $8.77 | $128.67 |
| | Gastroduodenoscopy | 1.00 | $444.85 | $32.53 | $477.38 |
| | Histopathology | 1.00 | $210.60 | $15.40 | $226.00 |
| | Histopathology | 1.00 | $210.60 | $15.40 | $226.00 |

| | Subtotal: | $1,311.26 |
|---|---|---|

### Invoice Summary

| Patient Name | Total Price | Total Tax | | Total Due |
|---|---|---|---|---|
| Eyra | $1,221.90 | $89.36 | | $1,311.26 |

| Visa | $1,311.26 | Prev Balance: | $0.00 |
|---|---|---|---|
| | | Total Due: | $1,311.26 |
| | | Amount Paid: | $1,311.26 |
| | | Amount Due: | $0.00 |

Thank you for trusting us with your pet's care.  Your friends at VCA Veterinary Care Animal Hospital and Referral Center.