**Charlotte Greenlee**

**From:** Tucker Player [mailto:tucker@playerlawfirm.com]
**Sent:** Tuesday, May 09, 2017 12:28 PM
**To:** Julia Crooks <JCrooks@abrfirm.com>
**Cc:** Richard <rfeferman@msn.com>; Clifford Atkinson <CAtkinson@abrfirm.com>; Charlotte Greenlee <CGreenlee@abrfirm.com>; Sharon Walker <SWalker@abrfirm.com>
**Subject:** Re: Request to reschedule hearing set for 4/24/17 at 9am

Hey, there may be a shift in position with my client.

Here is a proposal.  We pay your client the difference in the price between the two dogs, she keeps Eyra, and signs a confidentiality agreement to refrain from disparaging Harrison K-9 or telling anyone we paid her.

Tucker S. Player
Player Law Firm, LLC
1415 Broad River Road
Columbia, SC 29210
ph: 803-772-8008
fx: 803-772-8037
email:  tucker@playerlawfirm.com

**The secret of freedom lies in educating people, whereas the secret of tyranny is in keeping them ignorant.**

The information in this message is protected by the Attorney Client Privilege and/or Attorney Work Product Doctrine and is intended only for the use of the individual(s) named above. This message should not be forwarded without my permission. If this message is received in error or otherwise by someone other than the addressee, please contact me at the above number(s) and return the message or destroy it.



EXHIBIT D

1