**Charlotte Greenlee**

---

**From:** Tucker Player [mailto:tucker@playerlawfirm.com]
**Sent:** Monday, September 25, 2017 9:01 AM
**To:** Julia Crooks <JCrooks@abrfirm.com>
**Cc:** Richard <rfeferman@msn.com>; Sharon Walker <SWalker@abrfirm.com>; Charlotte Greenlee <CGreenlee@abrfirm.com>
**Subject:** Re: draft 16B scheduling order

fine with me.

My clients will pay $30k and allow the Roberts to keep the dog.  Please discuss with your client and get back to me.


Tucker S. Player
Player Law Firm, LLC
1415 Broad River Road
Columbia, SC 29210
ph: 803-772-8008
fx: 803-772-8037
email:  tucker@playerlawfirm.com

***The secret of freedom lies in educating people, whereas the secret of tyranny is in keeping them ignorant.***

The information in this message is protected by the Attorney Client Privilege and/or Attorney Work Product Doctrine and is intended only for the use of the individual(s) named above. This message should not be forwarded without my permission. If this message is received in error or otherwise by someone other than the addressee, please contact me at the above number(s) and return the message or destroy it.



EXHIBIT F