LAW OFFICES
SINCE 1992

# ATKINSON, BAKER & RODRIGUEZ, P.C.

ALBUQUERQUE PLAZA
201 THIRD STREET NW, SUITE 1850
ALBUQUERQUE, NEW MEXICO 87102

CLIFFORD K. ATKINSON*
DOUGLAS A. BAKER
JUSTIN D. RODRIGUEZ†
JULIA E. CROOKS
SUSAN BARELA

REBECCA SITTERLY, *OF COUNSEL*‡

*Celebrating our 25ᵗʰ Year!*

TELEPHONE (505) 764-8111
FACSIMILE (505) 764-8374
WWW.ABRFIRM.COM

ALSO ADMITTED TO PRACTICE IN:
*COLORADO
†ARIZONA
‡WASHINGTON DC AND MICHIGAN

September 29, 2017

**Via E-Mail & U.S. Mail**

Tucker S. Player, Esq.
PLAYER LAW FIRM, LLC
1415 Broad River Road
Columbia, South Carolina 29210
E-mail: tucker@playerlawfirm.com

Richard Feferman, Esq.
FEFERMAN & WARREN, LLC
300 Central Avenue, SW Suite 2000
Albuquerque, NM 87102
E-mail: rfeferman@msn.com

RE: *Jim Roberts and Tracey Roberts v. Harrison K-9 Services, LLC*, No. D-202-CV-2016-07571

## RULE 1-068 OFFER OF SETTLEMENT

Dear Mr. Player:

Plaintiffs Jim and Tracey Roberts hereby serve their Offer of Settlement pursuant to Rule 1-068 of the New Mexico Rules of Civil Procedure. In exchange for a payment of $72,191.57 and keeping ownership and possession of the dog "Eyra", the Plaintiffs shall dismiss *with prejudice* their case against Defendant Harrison K-9 Services, LLC, and execute a release of all claims against Defendant Harrison K-9 Sevices, LLC, as alleged in the Complaint filed December 2, 2016.

Pursuant to Rule 1-068, this Offer of Settlement shall be deemed withdrawn if not accepted within ten (10) days after its service of the offer.


EXHIBIT H

Respectfully submitted,

ATKINSON, BAKER & RODRIGUEZ, P.C.

*Julia E. Crooks*

Julia E. Crooks

JEC/