**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROBERTS, JIM,<br>ROBERTS, TRACEY,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRISON K-9 SECURITY SERVICES,<br>LLC, a Nevada Limited Liability Company,<br><br>    Defendant. | No.: 1:17-cv-01017-JCH-KK |

## DECLARATION OF HARRISON PRATHER

My name is Harrison Prather and I give this declaration in support of Defendant's Memorandum in Opposition to Remand.

I am a citizen of the United States, but I currently reside in Thailand. I while I own property in Aiken South Carolina, I have not resided in the United States for several years. I have never been a citizen of New Mexico.

I own 99% of Harrison K-9 Security Services, LLC.

Even if the allegations of Plaintiffs were true that Eyra was defective in some way, which are categorically false, or suffers from some medical condition, she would still have substantial value in terms of breeding. Both and Eyra and Leo were pureblooded German Shepherds with certified pedigrees from breeders in Germany. Much like thoroughbred horses, these dogs can generate substantial sums of money through breeding contracts.

I declare under perjury of penalty, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct. Executed on November 14, 2017.

_____
Harrison Prather