

Tucker Player <tucker@playerlawfirm.com>

## response to proposal
1 message

---

**Julia Crooks** <JCrooks@abrfirm.com>     Thu, May 11, 2017 at 11:24 AM
To: Tucker Player <tucker@playerlawfirm.com>
Cc: Richard <rfeferman@msn.com>, Clifford Atkinson <CAtkinson@abrfirm.com>, Charlotte Greenlee <CGreenlee@abrfirm.com>, Sharon Walker <SWalker@abrfirm.com>

Mr. Tucker,

Thank you for your proposal.  The problem with what you propose is as follows: My clients paid your client $50,000 for the original price of Leo, plus over $6,000 in training, then received Eyra (a $40,000 dog), and have also incurred approximately $4,000 in medical bills for Eyra--a dog that is worth no more than a pet.  She has not been trained as an adequate security dog at all.  So being out more than $60,000 for a pet they could have gotten for a fraction of the price is a hard pill for them to swallow.  We propose your client reimburses my clients for $50,000 and takes the dog back.  My clients will still be out at least ten thousand dollars, not to mention the significant amount in attorneys' fees, but your client will be in no worse of a position.  In fact, your client can still reap financial benefit by breeding Eyra, considering the excellent blood lines she has according to your client.  Eyra herself has medical problems, but she remains intact and from good breeding lines and your client is in the better position to take advantage of that.  Please advise of your response, and also note we would still be willing to consider mediating this matter in New Mexico if you are amenable to that.


Julia Crooks, Esq.

Associate Attorney

**Atkinson, Baker & Rodriguez, P.C.**

201 Third Street NW, Suite 1850

Albuquerque, New Mexico 87102