# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Mitchell R. Elfers**
**Clerk of Court**
(Acting)

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

August 16, 2018

Second Judicial District Court of New Mexico
Bernalillo County
400 Lomas Blvd NW
Albuquerque, NM 87102

Re: Roberts et al v. Harrison K-9 Security Services, LLC.

                                  Civil Case No. CV 17-1017 JCH/KK
                                  NM State No. CV 16-07571

Dear Clerk of the Court

      Please find enclosed a certified copy of the certified Order signed by United States District Judge Judith C. Herrera along with certified copies of docket report and the documents filed in our court.

      Please acknowledge receipt of these records by returning a copy of this letter to this office.

                                  Sincerely,

                                  Mitchell R. Elfers
                                  Clerk of Court (*Acting*)
                                  By: _____

                                  Gene G. Rael, Deputy Clerk

I _____ received this information on _____, 2018.

                              Signed:_____